UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Christine Harbison</u>

    v.                              Civil No. 10-cv-00066-JL

<u>Progressive Direct
Insurance Company</u>

## **ORDER AFTER PRELIMINARY
PRETRIAL CONFERENCE**

The Preliminary Pretrial Conference was held in chambers on **May 12, 2010.**

The Discovery Plan (document no. 5) is approved as submitted, with the following changes:

- Close of discovery - **September 30, 2010**
- Summary judgment motions - **October 1, 2010**
- Jury trial - **February 2011**

Based on the discussions between the court and counsel at the conference, Counts 2 and 4 are **stricken** without prejudice to being reinstated on request if warranted by the evidence.  The case will proceed on Count 1.[1]

---

    [1]The motions to dismiss (documents no. 8 and 9) are therefore denied as moot.

The motions for protective orders (documents no. 10 and 11) are denied without prejudice per the court's standing practice in discovery disputes as set forth infra.

**Summary Judgment.**  The parties and counsel are advised that compliance with Rule 56(e) and Local Rule 7.2(b), regarding evidentiary support for factual assertions, and specification and delineation of material issues of disputed fact, will be required.

**Discovery disputes.**  Discovery disputes will be handled by the undersigned judge, as opposed to the Magistrate Judge, in the normal course.  No motion to compel is necessary.  The party or counsel seeking discovery-related relief should confer with adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court.  The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible.  If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge.  Such referral requests will

normally be granted. If the Magistrate Judge is recused, alternate arrangements will be made.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: May 12, 2010

cc: Nicholas S. Guerrera, Esq.
 Wilfred J. Desmarais, Jr., Esq.